**Order entered October 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00972-CV

**ARETHA GOINES, Appellant**

**V.**

**WILLIE NEALY, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV17-00298**

## ORDER

Before the Court are appellant's October 6, 2017 motion for an extension of time to file a notice of appeal and "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond." We **GRANT** the motion for extension. The notice of appeal filed on August 14, 2017 is deemed timely for jurisdictional purposes.

Concerning the statement of inability to pay, pursuant to Texas Rule of Appellate Procedure 20.1(a) and (c), you are allowed to proceed without payment of the appellate court filing fees. *See* TEX. R. APP. P. 20.1(a), (c). However, fees charged by the trial court clerk or court reporter for preparation of the appellate record are governed by Texas Rule of Civil Procedure 145. *See id.* 20.1(a); TEX. R. CIV. P. 145.

We **ORDER** Peri Wood, Official Court Reporter for the 292nd Judicial District Court, to file the reporter's record by **November 9, 2017**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Wood and all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE